IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 JUL 26 PM 1: 26

GREGORY C. LANGHAM
CLERK

BY_____ DEP. CLK

Civil Action No. 03-WY-0564 CB (MJW)

UNITED STATES OF AMERICA,

    Petitioner,

v.

SHAWN WILLARD WILLIAMS,

    Respondent.

## ORDER

This matter is before the Court due to Respondent Shawn Willard Williams' ("Respondent") failure to comply with a Summons and Order issued by this Court on July 8, 2003. The Court **FINDS** Respondent in **CONTEMPT** of this Court for failure to comply with the Summons. Additionally, the Court **FINDS** that several documents sent by Respondent to this Court were contemptuous of this Court as an institution. Respondent is in **CONTEMPT** of this Court for submitting such documents to this Court. Respondent acted willfully without a reasonable excuse for his actions.

However, the Court **FINDS** that the six days spent in jail by Respondent is sufficient punishment. It is hereby **ORDERED** that Respondent shall be released today, July 21, 2005. It is further **ORDERED** that Respondent shall file all delinquent tax returns with the Internal Revenue Service within forty-five (45) days of this date. It is further **ORDERED** that upon filing the tax returns, Respondent shall submit copies of those returns to this Court. It is further **ORDERED** that Respondent shall either pay the taxes due or explain to this Court's satisfaction why he cannot pay said taxes. Once Respondent has complied with this Order, Respondent's record with respect to this Contempt Citation shall be **EXPUNGED**.

Dated this 21st day of July, 2005.

*[signature]*
CLARENCE A. BRIMMER
UNITED STATES DISTRICT COURT JUDGE