IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-WY-0564 CB (MJW)

UNITED STATES OF AMERICA,

    Petitioner,

v.

SHAWN WILLARD WILLIAMS,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG – 1 2005

GREGORY C. LANGHAM
CLERK

## ORDER

**IT IS HEREBY ORDERED**, irrespective of the Local Rules of the United States District Court District of Colorado regarding electronic filing, that a hard copy of all documents hereafter filed in the above-entitled case shall be sent to the Wyoming chambers of this Court. The address is: United States District Court District of Wyoming, Judge Brimmer's Chambers, 2120 Capitol Avenue, Second Floor, Cheyenne, Wyoming 82001.

Dated this 27th day of July, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE