IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 9 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 03-cv-00564-CAB (MJW)

United States of America,

Plaintiff,

v.

Shawn Willard Williams,

Defendant.

---

### Dismissal Order

---

A status conference in this matter was held on April 12, 2006, in Denver, Colorado. At that hearing, the Government stated that it did not have any other matters to resolve with Mr. Williams in this case. Therefore, in accordance with this Court's oral ruling from the bench, this case is **DISMISSED**.

Dated this /3rd day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION